AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MAURICE O'NEAL,

        Petitioner,

                              JUDGMENT IN A CIVIL CASE

        **V.**                    CASE NUMBER: CV 321-029
                                                  CR 311-006

UNITED STATES OF AMERICA,

        Respondent.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated June 3, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is dismissed.  COA is denied in this case and Petitioner is not entitled to appeal in forma pauperis. Judgment is entered in favor of the Respondent, and this case stands closed.

June 3, 2021

*Date*

John E. Triplett, Clerk of Court

*Clerk*



*(By) Deputy Clerk*

GAS Rev 10/2020